IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

| | |
|---|---|
| HASHIM ASAAD-MUHAMMED SHABAZZ, ) ) ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 1:07-cv-0786-MEF |
| ) | |
| TROY KING, *et al.,* ) ) | |
| Respondents. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1) The petitioner's Objection to the Magistrate Judge Recommendation (Doc. #5) filed on September 18, 2007 is OVERRULED;

(2) The Recommendation of the United States Magistrate Judge (Doc. #4) entered on September 6, 2007 is ADOPTED;

(3) The petition for habeas relief is DISMISSED without prejudice to afford Shabazz an opportunity to exhaust all available state court remedies.

DONE this 21st day of September, 2007.

            /s/ Mark E. Fuller
           CHIEF UNITED STATES DISTRICT JUDGE